UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

**_Minutes of Proceeding_**

Date: August 20, 2025                                                                 HONORABLE KIMBERLEY H. TYSON, Presiding

| | | |
|---|---|---|
| In re: BRIAN SCOTT WELCH AND ROCHELLE ANNE WELCH, | Debtor(s). | Case No: 24-15658-KHT<br>Chapter 7 |
| BFS GROUP LLC., dba BMC WEST LLC and BUILDERS FIRSTSOURCE<br>v.<br>BRIAN SCOTT WELCH | Plaintiff(s),<br><br>Defendant(s). | Adversary Proceeding No. 25-1166-KHT |

Appearances:
- Plaintiff(s)         Counsel   Richard Arnold and Serena Gudino
- Defendant(s)      Counsel   Ron Salas
- Party                   Counsel
- Party                   Counsel
- Party                   Counsel
- Party                   Counsel

Proceedings:   Telephonic Adversary Proceeding Preliminary Hearing.

[ ] Evidentiary Hearing        [ ] Non-Evidentiary Hearing

[] Witnesses Sworn      [] See List Attached      [] Exhibits Admitted      [] See List Attached

[X]   Entries of appearance and statements made.

Orders:

[X]   For the reasons stated on the record, a separate scheduling order will enter with the parties' agreed upon dates and deadlines.

Date: August 20, 2025

FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By: _[signature]_
M. Gibbons, Courtroom Deputy